IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REPUTATION.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-129 (LPS) (CJB) |
| | ) |
| BIRDEYE, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT BIRDEYE, INC.'S RULE 12(b)(6) MOTION TO DISMISS
FOR LACK OF PATENT-ELIGIBLE SUBJECT MATTER AND FOR AN
<u>EXPEDITED HEARING ON THE MOTION TO DISMISS</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Court's inherent authority to manage its docket, Defendant Birdeye, Inc. moves to dismiss the Complaint because the patents-in-suit fail to claim patent-eligible subject matter and for an expedited hearing on this motion. The grounds for this motion are set forth in Defendant's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Stephen R. Smith
Samuel K. Whitt
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
(202) 842-7800

Deepa Kannappan
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5673

April 9, 2021

*/s/ Michael Flynn*

Michael Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 9, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Stephen J. Kraftschik, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff Reputation.com, Inc.* | *VIA ELECTRONIC MAIL* |
| Taras A. Gracey, Esq.<br>Mark T. Deming, Esq.<br>POLSINELLI PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL 60606<br>*Attorneys for Plaintiff Reputation.com, Inc.* | *VIA ELECTRONIC MAIL* |
| Babak Monajemi, Esq.<br>POLSINELLI PC<br>1401 Eye ("I) Street, N.W., Suite 800<br>Washington, DC 20005<br>*Attorneys for Plaintiff Reputation.com, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)