

222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 • (302) 252-0920

April 29, 2021

Stephen J. Kraftschik
(302) 252-0926
(302) 397-2659 (Fax)
skraftschik@polsinelli.com

**VIA E-FILING**

The Honorable Christopher J. Burke
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE  19801

Re: *Reputation.com, Inc. v. Birdeye, Inc.*, C.A. No. 21-129 (LPS)

Dear Judge Burke:

Reputation.com, Inc. ("Reputation") is in receipt of Defendant's April 29, 2021, letter seeking to deny as moot Reputation's pending motion for preliminary injunction and to vacate or stay the Court's scheduling order. (D.I. 36). Notwithstanding Reputation's concerns with Defendant's choice to seek relief via an argumentative letter, Reputation is preparing a response and respectfully requests that it have until Monday, May 3, 2021, to submit its response.

Respectfully,

*/s/ Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)

SJK:ncf
cc: Counsel of Record (via E-Mail)

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

77811305.2