IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REPUTATION.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-129 (LPS-CJB) |
| | ) |
| BIRDEYE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS

WHEREAS, on April 9, 2021, Defendant Birdeye, Inc. moved to dismiss Plaintiff Reputation.com, Inc.'s Complaint for Patent Infringement pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101 (D.I. 21);

WHEREAS, on April 27, 2021, Plaintiff filed a First Amended Complaint for Patent Infringement ("FAC") against Defendant adding additional allegations related to patent eligibility and additional exemplary claims of the four patents-in-suit that Plaintiff alleges Defendant infringes (D.I. 33);

WHEREAS, on April 28, 2021, in view of Plaintiff's FAC, the Court denied as moot Defendant's pending motion to dismiss (D.I. 35); and

WHEREAS, Defendant intends to timely file a renewed motion to dismiss the FAC pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the page limits for briefing on Defendant's forthcoming motion to dismiss be extended as follows:

1. Defendant shall have 25 pages for its opening brief;

2. Plaintiff shall have 25 pages for its answering brief; and

    3. Defendant shall have 12 pages for its reply brief.

| POLSINELLI PC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Michael Flynn* |
| Stephen J. Kraftschik (#5623)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>(302) 252-0920<br>skraftschik@polsinelli.com | Michael Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mflynn@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

May 6, 2021

    **SO ORDERED** this ___ day of May 2021.

_____
                                             J.