IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REPUTATION.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-129 (LPS-CJB) |
| | ) |
| BIRDEYE, INC., | ) |
| | ) |
| Defendant. | ) |

## **BIRDEYE, INC.'S MOTION FOR SANCTIONS AND ATTORNEY FEES**

Birdeye, Inc. ("Birdeye") respectfully moves this Court for an Order for sanctions and an award of its attorney fees pursuant to 35 U.S.C. § 285 and/or the Court's inherent powers. The grounds for this motion are set forth in the opening brief in support of this motion filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

OF COUNSEL:

Stephen R. Smith
Samuel K. Whitt
COOLEY LLP
1299 Pennsylvania Ave. NW, #700
Washington, D.C. 20004-2446
(202) 842-7800

Matthew J. Brigham
Deepa Kannappan
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5673

June 2, 2022

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Defendant Birdeye, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 2, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Stephen J. Kraftschik, Esquire<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Reputation.com, Inc.* | *VIA ELECTRONIC MAIL* |
| Taras A. Gracey, Esquire<br>Mark T. Deming, Esquire<br>Luke T. Shannon, Esquire<br>POLSINELLI PC<br>150 North Riverside Plaza, Suite 3000<br>Chicago, IL  60606<br>*Attorneys for Plaintiff Reputation.com, Inc.* | *VIA ELECTRONIC MAIL* |
| Babak Monajemi, Esquire<br>POLSINELLI PC<br>1401 Eye ("I") Street, N.W., Suite 800<br>Washington, DC  20005<br>*Attorneys for Plaintiff Reputation.com, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)